# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2390
_____

C.D., Father of K.D., Minor
Child,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____


On appeal from the Circuit Court for Madison County.
Edwin B. Browning, Judge.


February 19, 2025

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

KELSEY, WINOKUR, and M.K. THOMAS, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

C.D., pro se, Appellant.

Carolyn Schwarz, Children's Legal Services, Fort Lauderdale, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.